SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRON GREEN,<br><br>                Plaintiff,<br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br>a political subdivision of the State of Nevada;<br>and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: 3:21-cv-00442-ART-CLB<br><br>**ORDER APPROVING**<br><br>STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO PLAINTIFF'S DISPOSITIVE MOTION<br>[FIRST REQUEST] |

Plaintiff Byron Green ("Plaintiff"), and Defendant Washoe County School District ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for Defendant to file a response to Plaintiff's dispositive motion be extended for the reasons set forth below.

On March 21, 2023, Plaintiff filed a Motion for Partial Summary Judgment. (ECF No. 30). Defendant's response to Plaintiff's Motion for Partial Summary Judgment is currently due on April 11, 2023. However, the undersigned defense counsel will be on vacation during the week of March 27, 2023. Therefore, the Parties stipulate and request a 7-day extension of the deadline for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment from April 11, 2023 to April 18, 2023.

///

This is the first request specifically seeking an extension of the deadline for Defendant to respond to Plaintiff's dispositive motion. This request is made in good faith, is not for the purpose of delay.

DATED this 27th day of March 2023.   DATED this 27th day of March, 2023.

BY: /s/ Andre M. Lagomarsino
Andre M. Lagomarsino, Esq.
Lagomarsino Law
3005 W. Horizon Ridge Pkwy, #241
Henderson, NV 89052
Tel: (702) 383-2864
aml@lagomarsinolaw.com

*Attorneys for Plaintiff*

BY: /s/ Sandra Ketner
Anthony L. Hall, Esq.
Sandra Ketner, Esq.
Jonathan A. McGuire, Esq.
Simons Hall Johnston PC
690 Sierra Rose Drive
Reno, Nevada 89511
Tel: (775) 785-0088
ahall@shjnevada.com
sketner@shjnevada.com
jclarke@shjnevada.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: March 29, 2023