# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON GREEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the state of Nevada; and DOES 1-10; inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00442-ART-CLB<br><br>ORDER APPROVING<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 32)**<br><br>**(First Request)** |

Plaintiff BYRON GREEN ("Plaintiff") and Defendant WASHOE COUNTY SCHOOL DISTRICT ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for Plaintiff file a response to *Defendant's Motion for Summary Judgment* (ECF No. 32) shall be extended for the following reasons.

On March 27, 2023, Defendant filed its *Motion for Summary Judgment* ("MSJ"). Plaintiff's response to Defendant's MSJ is currently due on April 17, 2023. However, both handling attorneys will be out of town for several days in April 2023 and the firm is down a paralegal. Therefore, the Parties stipulate, and request, an extension up to, and including, May 12, 2023 for Plaintiff to file his response to Defendant's MSJ.

. . .

This is the first request seeking an extension of the deadline for Plaintiff to respond to Defendant's MSJ. This request is made in good faith and is not for the purpose of delay.

DATED this 7th day of April, 2023.      DATED this 7th day of April, 2023.

| **LAGOMARSINO LAW** | **SIMONS HALL JOHNSTON PC** |
|---|---|
| /s/ Taylor N. Jorgensen | /s/ Sandra Ketner |
| ANDRE M. LAGOMARSINO, ESQ. (#6711) | ANTHONY L. HALL, ESQ. (#5977) |
| TAYLOR N. JORGENSEN, ESQ. (#16259) | SANDRA KETNER, ESQ. (#8527) |
| 3005 West Horizon Ridge Pkwy., Suite 241 | JONATHAN A. McGUIRE, ESQ. (#15280) |
| Henderson, Nevada 89052 | 690 Sierra Rose Drive |
| Telephone: (702) 383-2864 | Reno, NV 89511 |
| *Attorneys for Plaintiff Byron Green* | Telephone: (775) 785-0088 |
| | *Attorneys for Defendant* |
| | *Washoe County School District* |

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: April 10, 2023.