SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON GREEN,<br><br>          Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br>a political subdivision of the State of Nevada;<br>and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: 3:21-cv-00442-ART-CLB<br><br>ORDER APPROVING<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY IN SUPPORT OF DEFENDANT'S DISPOSITIVE MOTION**<br>**[SECOND REQUEST]** |

Defendant Washoe County School District ("Defendant") and Plaintiff Byron Green ("Plaintiff") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for Defendant to file a reply to its own dispositive motion be extended for the reasons set forth below.

On March 27, 2023, Defendant filed its Motion for Summary Judgment. (ECF No. 32). On May 12, 2023, Plaintiff filed his Opposition to Defendant's Motion for Summary Judgment. (ECF No. 38). Defendant's reply is currently due on May 26, 2023. However, due to defense counsel's heavy workload, including the completion of dispositive motion briefing in two other cases, as well as upcoming vacation plans, the Parties have stipulated to an extension of the deadline for Defendant to file its rely in support of its Motion for Summary Judgment.

It is hereby stipulated and agreed between the Parties that the deadline for Defendant to file its reply be continued for a period of fourteen (14) days from May 26, 2023, up to and including **June 9, 2023**.

This is the first request specifically seeking an extension of the deadline for Defendant to reply to its own dispositive motion. However, it is the second request by the Parties to extend the deadlines regarding the completion of briefing related to Defendant's Motion for Summary Judgment  This request is made in good faith, is not for the purpose of delay.

DATED this  22 day of May, 2023.                    DATED this  22  day of May 2023.

BY: /s/ Sandra Ketner                               BY:    /s/ Andre M. Lagomarsino, Esq
   Anthony L. Hall, Esq.                               Andre M. Lagomarsino, Esq.
   Sandra Ketner, Esq.                                 Taylor N. Jorgensen, Esq.
   Jonathan A. McGuire, Esq.                           Lagomarsino Law
   Simons Hall Johnston PC                             3005 W. Horizon Ridge Pkwy, #241
   690 Sierra Rose Drive                               Henderson, NV 89052
   Reno, Nevada 89511                                  Tel: (702) 383-2864
   Tel: (775) 785-0088

*Attorneys for Defendant*                              *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT COURT JUDGE**

DATED: _____May 24, 2023_____