# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON GREEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the state of Nevada; and DOES 1-10; inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION (ECF NO. 52)**<br><br>**(First Request)** |

Plaintiff BYRON GREEN ("Plaintiff") and Defendant WASHOE COUNTY SCHOOL DISTRICT ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for Plaintiff to file a response to *Defendant's Motion for Reconsideration* (ECF No. 52) shall be extended for the following reasons.

On June 20, 2024, Defendant filed its *Motion for Reconsideration* ("Motion"). Plaintiff's response to Defendant's Motion is currently due on July 5, 2024. However, both handling attorneys have been involved in heavy briefing, in a business case, in the Eighth Judicial District Court, in addition to preparing for trial in that same case. One of the firm's other attorneys is also preparing for trial and the firm's fourth attorney is on paternity leave. Lastly, this matter is scheduled for a virtual settlement conference on July 11, 2024, which may render this Motion moot. Therefore, the Parties

stipulate, and request, an extension up to, and including, July 19, 2024 for Plaintiff to file his response to Defendant's Motion.

This is the first request seeking an extension of the deadline for Plaintiff to respond to Defendant's Motion. This request is made in good faith and is not for the purpose of delay.

DATED this 2nd day of July, 2024.                    DATED this 2nd day of July, 2024.

**LAGOMARSINO LAW**                                  **SIMONS HALL JOHNSTON PC**

/s/ Taylor N. Jorgensen                              /s/ Sandra Ketner
ANDRE M. LAGOMARSINO, ESQ. (#6711)                   ANTHONY L. HALL, ESQ. (#5977)
TAYLOR N. JORGENSEN, ESQ. (#16259)                   SANDRA KETNER, ESQ. (#8527)
3005 West Horizon Ridge Pkwy., Suite 241             JONATHAN A. McGUIRE, ESQ. (#15280)
Henderson, Nevada 89052                              690 Sierra Rose Drive
Telephone: (702) 383-2864                            Reno, NV 89511
*Attorneys for Plaintiff Byron Green*                Telephone: (775) 785-0088
                                                     *Attorneys for Defendant*
                                                     *Washoe County School District*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: July 9, 2024