**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRON GREEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:21-CV-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE AND STIPULATED TOLLING AGREEMENT**<br><br>**[SECOND REQUEST]** |

　　　　Plaintiff Byron Green ("Plaintiff") and Defendant Washoe County School District ("Defendant" or "WCSD"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for filing the Joint Pretrial Order ("JPTO") by a period of forty-six (46) days for the reasons explained more fully below.  This is the second request seeking an extension of the JPTO deadline.  This request is made in good faith and not for purposes of delay.

　　　　On February 14, 2024, this Court denied Defendant's Motion for Summary Judgment and granted in part and denied in part Plaintiff's Motion for Partial Summary Judgment.  This Court also ordered the parties to file the JPTO on or before April 15, 2024.  (ECF No. 45).  Thereafter, counsel

1

for the parties conferred and determined that a recent but significant change in Plaintiff's economic situation necessitated each party's retained economics expert to render updated opinions regarding Plaintiff's alleged damages.  Therefore, on March 12, 2024, the parties filed a Joint Request for Pretrial Conference and Extension of Joint Pretrial Order explaining those circumstances to the court and requesting an extension of the JPTO to August 15, 2024.  (ECF No. 46).  By Order dated March 13, 2024, this Court extended the deadline to submit the JPTO to August 15, 2024, and referred the case to Magistrate Baldwin to conduct a settlement conference.  (ECF No. 47).

On April 29, 2024, Plaintiff served Plaintiff's First Supplemental Initial Expert Witness Disclosure, which included the updated expert witness report of Stan V. Smith, Ph.D.  On June 24, 2024, Defendant served Defendant's First Supplemental Expert Witness Disclosure and Defendant's First Supplemental Rebuttal Expert Witness Disclosure, which included the updated expert witness reports of Thomas Carroll, Ph.D.  On July 11, 2024, the parties participated in a virtual settlement conference before Magistrate Judge Baldwin but were not able to resolve their dispute.  (ECF No. 55).

Due to the trial schedules and out-of-the-country vacation plans of both Dr. Smith and Dr. Carroll, as well as counsel's limited availability around the expert witnesses' calendars, the parties are not able to complete expert discovery until mid-September.  Currently, Dr. Smith's deposition is set for September 12, 2024, and Dr. Carroll's deposition is set for September 13, 2024.  Because the testimony of each party's expert witness will influence, if not directly affect, the details of the JPTO, the parties respectfully request that the deadline to file the JPTO be extended for a period of forty-six days up to and including September 30, 2024.[1]  Furthermore, the parties request and agree that the Stipulated Tolling Agreement (ECF No. 49) be extended by a period of forty-six (46) days

///

///

///

///

---

[1] Forty-five (45) days from August 15, 2024, is Sunday, September 29, 2024.

2

to account for the unanticipated difficulties completing expert discovery in this matter.

DATED this 18th day of July 2024.

LAGOMARSINO LAW

*/s/ Taylor Jorgensen*
André M. Lagomarsino, Esq.
Taylor Jorgensen, Esq.
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 18th day of July 2024.

SIMONS HALL JOHNSTON PC

*/s/ Sandra Ketner*
Anthony L. Hall, Esq.
Sandra Ketner, Esq.
Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Reno, NV  89511
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: July 18, 2024