UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BYRON GREEN,<br><br>      Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.:   3:21-cv-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>**<u>STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION</u>**<br><br>**[FIRST REQUEST]** |

  Plaintiff Byron Green ("Plaintiff"), and Defendant Washoe County School District ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for Defendant to file a reply in support of its Motion for Reconsideration be extended by one (1) week for the reasons set forth below.

  On June 20, 2024, Defendant filed Defendant's Motion for Reconsideration. (ECF No. 52). On July 19, 2024, Plaintiff filed Plaintiff's Opposition to Defendant's Motion for Reconsideration (ECF No. 52).  (ECF No. 58).  Defendant's reply in support of its Motion for Reconsideration is currently due on July 26, 2024.  However, defense counsel has been involved in labor contract negotiations over the last week, which have been time consuming.  Therefore, the Parties stipulate and request a one (1) week extension of time up to and including August 2, 2024, for Defendant to file its reply in support of Defendant's Motion for Reconsideration

Page 1 of 2

This is the first request specifically seeking an extension of the deadline for Defendant to reply to Plaintiff's Opposition to Defendant's Motion for Reconsideration. This request is made in good faith, is not for the purpose of delay.

DATED this 25th day of July, 2024.                    DATED this 25th day of July, 2024.

BY: /s/ Taylor N. Jorgensen                           BY: /s/ Sandra Ketner
Andre M. Lagomarsino, Esq.                            Anthony L. Hall, Esq.
Lagomarsino Law                                       Sandra Ketner, Esq.
3005 W. Horizon Ridge Pkwy, #241                      Jonathan A. McGuire, Esq.
Henderson, NV 89052                                   Simons Hall Johnston PC
Tel: (702) 383-2864                                   690 Sierra Rose Drive
aml@lagomarsinolaw.com                                Reno, Nevada 89511
                                                      Tel: (775) 785-0088
*Attorneys for Plaintiff*                             ahall@shjnevada.com
                                                      sketner@shjnevada.com
                                                      jmcguire@shjnevada.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:   July 29, 2024