UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BYRON GREEN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.:　3:21-CV-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE AND STIPULATED TOLLING AGREEMENT**<br><br>**[THIRD REQUEST]** |

　　　　Plaintiff Byron Green ("Plaintiff") and Defendant Washoe County School District ("Defendant" or "WCSD"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for filing the Joint Pretrial Order ("JPTO") by a period of twenty-one (21) days for the reasons explained more fully below.  This is the third request seeking an extension of the JPTO deadline.  This request is made in good faith and not for purposes of delay.

　　　　On February 14, 2024, this Court denied Defendant's Motion for Summary Judgment and granted in part and denied in part Plaintiff's Motion for Partial Summary Judgment.  This Court also ordered the parties to file the JPTO on or before April 15, 2024. (ECF No. 45).  Thereafter, counsel

1

for the parties conferred and determined that a recent but significant change in Plaintiff's economic situation necessitated each party's retained economics expert to render updated opinions regarding Plaintiff's alleged damages.  Therefore, on March 12, 2024, the parties filed a Joint Request for Pretrial Conference and Extension of Joint Pretrial Order explaining those circumstances to the court and requesting an extension of the JPTO to August 15, 2024.  (ECF No. 46).  By Order dated March 13, 2024, this Court extended the deadline to submit the JPTO to August 15, 2024, and referred the case to Magistrate Baldwin to conduct a settlement conference.  (ECF No. 47).

On July 18, 2024, the parties filed a Second Request for Extension of the Joint Pretrial Order deadline (ECF No. 56) requesting an extension of time due to conflicting schedules of the parties' experts, causing difficulty in scheduling expert depositions.  By Order dated July 18, 2024, the Court extended the deadline to submit the JPTO to September 30, 2024. (ECF No. 57).

The attorneys for both parties have been working diligently together and have made great progress toward getting the Joint Pretrial Order ready for the Court's review.  However, the vast number of documents to be reviewed and discussed by both parties for potential trial exhibits has proven to be an extremely time-consuming process.  Therefore, the parties are requesting this extension in order to provide the Court with a comprehensive document containing all of the information necessary to determine trial deadlines and trial setting.  This request is made in good faith and is not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 30th day of September 2024.

LAGOMARSINO LAW

/s/ Taylor Jorgensen
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 30th day of September 2024.

SIMONS HALL JOHNSTON PC

/s/ Anthony L. Hall
ANTHONY L. HALL, ESQ. (#5977)
SANDRA KETNER, ESQ. (#8527)
JONATHAN A. McGUIRE, ESQ. (#15280)
690 Sierra Rose Drive
Reno, NV  89511
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: October 1, 2024