**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065

*Attorneys for Plaintiff Byron Green*

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRON GREEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the state of Nevada; and DOES 1-10; inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00442-ART-CLB<br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO PERMIT REMOTE APPEARANCE BY VIDEO CONFERENCE** |

Plaintiff BYRON GREEN ("Plaintiff") and Defendant WASHOE COUNTY SCHOOL DISTRICT ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court permit Plaintiff's Counsel to appear remotely by videoconference at the upcoming status conference.

The Parties submit the following in support of this stipulation:

1. On January 20, 2026, the Court entered a Pretrial Order setting a status conference Friday, August 14, 2026 at 11:00 a.m. (ECF No. 78).
2. The hearing is presently scheduled to take place at the Bruce R. Thompson Federal Courthouse, located at 400 S. Virginia St., Reno, NV 89501.
3. Counsel respectfully requests permission to appear at the hearing remotely by videoconference since Plaintiff's counsel's principal office is located in Henderson, Nevada.
4. Counsel appearing remotely will have access to a reliable internet connection, a functioning camera and microphone, a private and professional location, and all documents necessary to participate fully in the hearing.

5. Counsel agrees to comply with all instructions issued by the Court or the Courtroom Administrator concerning remote participation, including joining the videoconference sufficiently in advance of the hearing, and remaining muted when not speaking.
6. Granting this request will not delay the hearing, interfere with the orderly administration of the proceeding, or prejudice any party, and Defendant's Counsel will appear in person.

Accordingly, the parties respectfully request that the Court permit Plaintiff's Counsel to appear remotely by videoconference at the status conference scheduled for Friday, August 14, 2026 at 11:00 a.m. The parties further request that the Courtroom Administrator provide the approved remote-access information to counsel of record before the hearing. This stipulation is submitted in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of July, 2026.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Byron Green*

DATED this 16th day of July, 2026.

**SIMONS HALL JOHNSTON PC**

*/s/ Sandra Ketner*
ANTHONY L. HALL, ESQ. (#5977)
SANDRA KETNER, ESQ. (#8527)
690 Sierra Rose Drive
Reno, NV 89511
Telephone: (775) 785-0088
*Attorneys for Defendant*
*Washoe County School District*

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Counsel may appear remotely for the status conference scheduled for Friday, August 14, 2026 at 11:00 a.m.

**IT IS FURTHER ORDERED** that the Courtroom Administrator will provide the videoconference access information to approved participants by email before the hearing.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: July 16, 2026