**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRON GREEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the state of Nevada; and DOES 1-10; inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO PERMIT REMOTE APPEARANCE BY VIDEO CONFERENCE |

Plaintiff BYRON GREEN ("Plaintiff") and Defendant WASHOE COUNTY SCHOOL DISTRICT ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court permit Plaintiff's Counsel to appear remotely by videoconference at tomorrow's hearing.

The Parties submit the following in support of this stipulation:

1. On August 14, 2026, the Court held a Status Conference regarding this matter (ECF No. 83).
2. At that conference, the Court set oral argument on Plaintiff's Motion to Disqualify for Tuesday, August 25, 2026, at 1:00 p.m. before U.S. District Judge Anne R. Traum in Reno Courtroom 6.
3. Counsel respectfully requests permission to appear at the hearing remotely by videoconference since Plaintiff's counsel's principal office is located in Henderson, Nevada. Additionally, given the wildfires in Reno, Nevada, travel is currently experiencing increased delays.
4. Counsel appearing remotely will have access to a reliable internet connection, a functioning camera and microphone, a private and professional location, and all documents necessary to

participate fully in the hearing.

5. Counsel agrees to comply with all instructions issued by the Court or the Courtroom Administrator concerning remote participation, including joining the videoconference sufficiently in advance of the hearing, and remaining muted when not speaking.

6. Granting this request will not delay the hearing, interfere with the orderly administration of the proceeding, or prejudice any party, and Defendant's Counsel will appear in person.

Accordingly, the parties respectfully request that the Court permit Plaintiff's Counsel to appear remotely by videoconference at hearing set for Tuesday, August 25, 2026, at 1:00 p.m.. The parties further request that the Courtroom Administrator provide the approved remote-access information to counsel of record before the hearing. This stipulation is submitted in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 24th day of August, 2026.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Byron Green*

DATED this 24th day of August , 2026.

**SIMONS HALL JOHNSTON PC**

*/s/ Anthony L. Hall*
ANTHONY L. HALL, ESQ. (#5977)
SANDRA KETNER, ESQ. (#8527)
690 Sierra Rose Drive
Reno, NV 89511
Telephone: (775) 785-0088
*Attorneys for Defendant*
*Washoe County School District*

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Counsel may appear remotely for the hearing set for Tuesday, August 25, 2026 at 1:00 p.m.

**IT IS FURTHER ORDERED** that the Courtroom Administrator will provide the videoconference access information to approved participants by email before the hearing.

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: August 24, 2026