ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. McGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Defendant Washoe County School District*

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BYRON GREEN,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:21-CV-00442-ART-CLB<br><br>**ORDER GRANTING DISASSOCIATION OF COUNSEL** |

Defendant Washoe County School District ("Defendant"), by and through its counsel, gives Notice of Disassociation of Counsel Sandra C. Ketner, Esq. effective September 2, 2026. Defendant continues to be represented by Anthony L. Hall, Esq., and Jonathan A. McGuire, Esq. and Simons Hall Johnston PC, who have appeared in the case.

DATED: September 4, 2026.

SIMONS HALL JOHNSTON PC

s/ *Anthony L. Hall*
Anthony L Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, Nevada 89511
ahall@shjnevada.con
jmcguire@shjnevada.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**
Dated: September 8, 2026

UNITED STATES MAGISTRATE JUDGE